Will and Testament of Henry Bischoff, Deceased. I. Newton Williams, Appellant. Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

· Carrie Kauffmann, Respondent, v. Jennie Judah, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Patrick Tivnan, Respondent, v. Patrick H. Keahon, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

H. Koehler & Company, Appellant, v. Patrick Kane and Joseph O'Dowd, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The United Electric Light and Power Company, Appellant, v. Patrick H. Roche, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Samuel H. Morrow, Respondent, v. Mary McMahon and Others, Respondents. Dorothy McMahon and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Order filed.

James Hansen, Appellant, v. Ira D. Warren and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Order filed.

Sidney C. Chambers, Respondent, v. George B. Boyd, as Executor, etc., Appellant.— Motion to dismiss appeal denied on payment of ten dollars costs, and leave given to appellant to apply to the court below to open his default. Order filed.

The People of the State of New York, Respondent, v. John W. Wooten, Appellant.— Motion to dismiss appeal granted. Order filed.

Anthony C. Guntzer, Respondent, v. Anna M. Guntzer, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Order filed.

Ferdinand S. M. Blun, Respondent, v. Rebecca Mayer and Others, Appellants (2 cases).— Motion denied, with ten dollars costs. Order filed.

Pauline Rosenthal, Appellant, v. New York, Susquehanna and Western Railroad Company, Respondent.— Motion granted. Order filed.

Joseph Glazer, Appellant, v. Home Insurance Company, Respondent. Motion granted. Order filed.

In the Matter of Carrie B. Schroeder, etc.— Motion granted and question certified as in memorandum per curiam. Order filed.

Sidonia Feltenstein v. Moritz L. Ernst and Others.— Motion denied, with ten dollars costs. Order filed.

The People of the State of New York ex rel. Henry A. La Chicotte, Appellant, v. George E. Best, as Commissioner, etc., Respondent.— Motion granted. Order resettled.

In the Matter of Carrie B. Schroeder, etc.— Motion for resettlement denied, with ten dollars costs. Order filed.

John S. Wise and Others, Respondents, v. Pauline Cohen, Appellant, Impleaded, etc.— Motion denied. Order filed.

John S. Wise and Others, Respondents, v. Pauline Cohen, Appellant, Impleaded, etc.— Motion denied. Order filed.

· Louise J. Merriam, Respondent, v. David S. Johnson, Appellant.— Application granted. Order signed.

Israel Willis and Others, Respondents, v. Julius Tishman, Appellant.— Application denied, with ten dollars costs. Order signed.

William E. Woolley and Others, Appellants, v. Edward Hatch, Jr., Respondent.— Application denied, with ten dollars costs. Order signed.

In the Matter of Henry H. Browne.— Respondent disbarred. Order filed.

Edouard De Reszke, Respondent, v. John S. Duss, Appellant.— Order modified by confining the examination of defendant to his execution of the contract, and as so modified affirmed, without costs. Order filed.

The People of the State of New York, Respondent, v. Gustav Dinser, Appellant.— Motion denied on defendant's stipulating as stated in memorandum. Settle order on notice.

The People of the State of New York, Respondent, v. Charles Schwartz Appellant.— Motion denied on defendant's stipulating as stated in memorandum. Settle order on notice.

In the Matter of J. N. Hegeman & Company.— Motion for leave to go to Court of Appeals and for stay granted. Questions to be certified on settlement of order. Settle order on notice.